UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| Minerva M. Atienza (xxx-xx-0752) ) | Case No: 14-54622 |
| 8401 18 Mile Rd. Apt 24 ) | |
| Sterling Heights, MI 48313 ) | Chapter 13 |
| Debtor ) | |
| ) | Hon. Phillip J. Shefferly |
| ) | |

## ORDER GRANTING DEBTOR'S MOTION TO IMPOSE
## THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(c)(4)

This matter having come before the Court on Debtor's motion to impose the automatic stay, all interested parties having been served a copy of the motion, no objections having been received, or in the alternative a hearing having been held, and the Court being otherwise sufficiently advised in the premises:

IT IS ORDERED that the automatic stay under 11 U.S.C. § 362(a) is imposed on all creditors or claimants of the Debtor and bankruptcy estate until further notice of the Court.

.

**Signed on September 23, 2014**

                                                          **/s/ Phillip J. Shefferly**
                                                        **Phillip J. Shefferly**
                                                        **United States Bankruptcy Judge**